UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 11-4705-PLA                                          Date February 27, 2013

Title: Steven Chavez v. County of Los Angeles, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (IN CHAMBERS)

The Court has reviewed defendants' Motion to Stay (Docket No. 18), plaintiff's Opposition thereto (Docket No. 28), defendants' Statement (Docket No. 45), plaintiff's Position Statement (Docket No. 44), defendants' Further Statement (Docket No. 49), and plaintiff's Response to Defendants' Statement (Docket No. 48).  **No later than March 15, 2013, plaintiff is ordered to show cause** why the Court should not dismiss this action pursuant to Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994).

cc:     Counsel of Record

Initials of Deputy Clerk_____ch_____

CV-90 (10/98)                                     CIVIL  MINUTES  -  GENERAL